FILED

05/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0160

# IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 24-0160

NATHAN HARDIN,

      Petitioner and Appellant,

   v.

STATE OF MONTANA,

      Respondent and Appellee.

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of the Appellee's Unopposed Motion for Extension of Time in which to file its Answering Brief, and for good cause appearing, IT IS HEREBY ORDERED THAT the Motion is granted, and Appellee shall have until June 10, 2024, to file its answering brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 2 2024

**ORDER GRANTING MOTION FOR EXTENSION OF TIME – PAGE 1**